UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

———

No. 6:20-cv-00439

———

**Priscilla L. Milam,**
*Plaintiff,*
v.
**Commissioner, SSA,**
*Defendant.*

———

## ORDER

Plaintiff filed the above-styled civil action pursuant to § 205 of the Social Security Act, seeking judicial review of the Commissioner of the Social Security Administration's denial of her application for social security benefits. Doc. 1. The case was referred to United States Magistrate Judge John D. Love, who issued a report recommending that the Commissioner's decision be reversed and that this cause of action be remanded to the Commissioner for further proceedings consistent with the opinion of the court. Doc. 17. Neither party filed objections to the magistrate judge's report.

When no party objects to the magistrate judge's report and recommendation, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation. The Commissioner's decision is reversed and this cause of action is remanded to the Commissioner for proceedings consistent with this court's opinion.

*So ordered by the court on June 22, 2021.*

———————————————————
J. CAMPBELL BARKER
United States District Judge