UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:20-cv-00439

**Priscilla L. Milam,**
*Plaintiff,*
v.
**Commissioner, SSA,**
*Defendant.*

**ORDER**

On September 20, 2021, plaintiff filed an application for attorney's fees under the Equal Access to Justice Act ("EAJA"). Doc. 22. The Commissioner filed a response indicating that he did not object to an award of reasonable attorney's fees under the EAJA in this case. Doc. 23. The application was referred to Magistrate Judge Judge John D. Love for findings of fact and recommendation for disposition.

On October 12, 2021, the magistrate judge issued a report and recommendation, recommending that plaintiff's application be granted and that the Commissioner pay to plaintiff the sum of $5,191.45 in reasonable attorney's fees under the EAJA. Doc. 24.

Neither party has filed objections to the magistrate judge's report and recommendation, and the timeframe for doing so has passed. The court therefore reviews the magistrate judge's findings for clear error or abuse of discretion and reviews his legal conclusions to determine whether they are contrary to law. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (holding that, if no objections to a magistrate judge's report are filed, the standard of review is "clearly erroneous, abuse of discretion and contrary to law").

Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation. Accordingly, the report and recommendation (Doc. 24) is adopted. Plaintiff's application (Doc. 22) is granted and the Commissioner shall pay to plaintiff the sum of $5,191.45 by

making the payment payable to plaintiff and sending the payment to plaintiff's counsel.

*So ordered by the court on November 5, 2021.*

J. CAMPBELL BARKER
United States District Judge